# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



July 30, 2003

United States District Court
Western District of Michigan, Lansing
113 Federal Building
315 West Allegan Street
Lansing, MI 48933

RE:   *USA vs Anthony Gignac*
      Case No. 96-8065-Cr-Ryskamp



Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Patricia Alcalde*
Patricia Alcalde
Deputy Clerk

Encl.

---

**CLERK'S ACKNOWLEDGMENT OF RECEIPT**

This case has been assigned our case number:

1:03 PT29

by: _____
Deputy Clerk

Date: _____

---